1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       katherine.lloyd-lovett@usdoj.gov
8
   GLENN S. LEON
9  Chief, Fraud Section
   Criminal Division
10 U.S. Department of Justice

11 KYLE C. HANKEY
   Assistant Chief, Fraud Section
12 LOUIS MANZO
   DAVID D. HAMSTRA
13 Trial Attorneys, Fraud Section
   U.S. Department of Justice
14
       1400 New York Avenue NW
15     Washington, D.C. 20005
       Telephone: (202) 616-2639
16     kyle.hankey@usdoj.gov

17 Attorneys for United States of America

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                              OAKLAND DIVISION

21
   UNITED STATES OF AMERICA,           ) CASE NO. CR 24-00103 HSG
22                                     )
            Plaintiff,                 )
23                                     ) **STIPULATION AND ORDER RELEASING**
        v.                             ) **COURT REGISTRY FUNDS FOR PAYMENT**
24                                     ) **OF DEFENDANT'S RESTITUTION**
   STEVE H. S. KIM,                    ) **OBLIGATION**
25                                     )
            Defendant.                 )
26                                     )
                                       )
27
28

STIPULATION AND ORDER
CR 24-00103 HSG

The United States and defendant Steve H. S. Kim, by and through their respective counsel, hereby stipulate and agree as follows:

1. As set forth in the Judgment in this matter, defendant has been ordered to pay restitution in the amount of $3,526,433.80 to the Defense Logistics Agency. Dkt. 26.

2. On June 21, 2024, the Court granted the parties' stipulation concerning the payment of criminal monetary penalties into the Court Registry prior to sentencing. Dkt. 12. The Court ordered the Clerk of Court to accept and hold funds from the defendant pending further order of the Court. *Id.*

3. Defendant has paid $2,900,000 into the Court Registry pursuant to the Court's order. Dkt. 17.

4. The parties therefore jointly request that the Court issue an Order authorizing the Clerk to release the funds held in the Court Registry in this matter, including interest earned thereon, to the Defense Logistics Agency in furtherance of satisfying the defendant's restitution obligation of $3,526,433.80.

IT IS SO STIPULATED.

Dated: August 2, 2024				ISMAIL J. RAMSEY
						United States Attorney


						        /s/
						KATHERINE M. LLOYD-LOVETT
						Assistant United States Attorney


Dated: August 2, 2024				        /s/
						RANDY SUE POLLOCK
						Attorney for Defendant STEVE H. S. KIM

//
//
//
//

STIPULATION AND ORDER
CR 24-00103 HSG					1

**ORDER**

The Court, having considered the Stipulation Releasing Court Registry Funds for Payment of Defendant's Restitution Obligation, and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is approved; and

2. The Court hereby directs the Clerk to release $2,900,000, which represents the funds already paid by defendant, to be applied to defendant's outstanding restitution obligation as set forth in the Judgment in this matter (Dkt. 26).  Any accrued interest on the funds held in the Registry shall also be applied to defendant's outstanding restitution obligation.

IT IS SO ORDERED.

DATED:    8/5/2024

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge